1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  CARO MARKS, Bar #159267
   Senior Litigator
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6
   Attorney for Defendant
7  JOSE MANUEL PULIDO-VALENCIA

8

9
                  IN THE UNITED STATES DISTRICT COURT
10
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12

13
   UNITED STATES OF AMERICA,    )  No. CR-S-08-383 MCE
14                              )
                     Plaintiff, )         2nd AMENDED
15                              )  STIPULATION AND ORDER TO CONTINUE
        v.                      )  STATUS CONFERENCE
16                              )
   JOSE MANUEL PULIDO-VALENCIA, )
17                              )  Date: October 29, 2008
                     Defendant. )  Time: 9:00 a.m.
18                              )  Judge: Hon. Edward J. Garcia
   _____ )
19

20
        It is hereby stipulated between the parties, Daniel McConkie,
21
   Assistant United States Attorney, attorney for Plaintiff, and Caro
22
   Marks, attorney for defendant Jose Manuel Pulido-Valencia, as follows:
23
        The Status Conference date of October 2, 2008, 2008 should be
24
   continued until October 29, 2008.  The reason for the continuance is
25
   that Ms. Marks was in a car accident and is still in the hospital. Ms.
26
   Marks will be out of the office for at least two weeks. Ms. Marks will
27
   need additional time to meet with the client once she returns to the
28

1  office.
2      IT IS STIPULATED that the period from the date of this Stipulation
3  up to and including October 29, 2008 be excluded in computing the time
4  within which trial must commence under the Speedy Trial Act, pursuant
5  to  18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for continuity of
6  counsel and preparation of defense counsel.
7  Dated: September 30, 2008

                                            Respectfully submitted,

                                            DANIEL BRODERICK
                                            Federal Defender


                                            /s/ Caro Marks
                                            _____
                                            CARO MARKS
                                            Assistant Federal Defender
                                            Attorney for Defendant
                                            JOSE MANUEL PULIDO-VALENCIA


Dated: September 30, 2008

                                            MCGREGOR SCOTT
                                            United States Attorney


                                            /s/ Daniel McConkie
                                            _____
                                        By: DANIEL MCCONKIE
                                               Assistant U.S. Attorney

ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for October 2, 2008, be continued to October 29, 2008, at 9:00 a.m.  Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time from the date of this stipulation, September 30, 2008, to and including, the October 29, 2008 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T-4, for continuity of counsel and to allow defense counsel time to prepare.

Dated: October 2, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28