DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARY M. FRENCH, Bar #126643
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOSE MANUEL PULIDO-VALENCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOSE MANUEL PULIDO-VALENCIA, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | No. 2:08-cr-00383-MCE <br><br> STIPULATION AND ORDER <br> CONTINUING STATUS CONFERENCE <br><br> Date:  November 13, 2008 <br> Time:  9:00 a.m. <br> Judge: Morrison C. England, Jr. |

It is hereby stipulated between the parties, Daniel McConkie, Assistant United States Attorney, attorney for Plaintiff, and Mary M. French, Supervising Assistant Federal Defender, attorney for defendant, that the Status Conference hearing date of October 29, 2008, be vacated and a new Status Conference hearing date of November 13, 2008, at 9:00 a.m. be set.

This continuance is requested because the defense has received a plea agreement, but needs time to present it to the defendant with an interpreter.

It is further stipulated between the parties that the period from October 29, 2008, through and including November 13, 2008, should be

///

///

///

excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

Dated: October 28, 2008

                                  Respectfully submitted,

                                  DANIEL J. BRODERICK
Federal Defender

*/s/ Mary M. French*
_____
MARY M. FRENCH
Supervising Assistant
Federal Defender
Attorney for Defendant
JOSE MANUEL PULIDO-VALENCIA

Dated: October 28, 2008                    MCGREGOR W. SCOTT
United States Attorney

*/s/ Mary M. French for*
     *Daniel McConkie*
_____
DANIEL MCCONKIE
Assistant U.S. Attorney
per telephonic authorization

**ORDER**

**IT IS SO ORDERED.**

Dated: October 28, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE