```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MARY M. FRENCH, Bar #126643
    Supervising Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  JOSE MANUEL PULIDO-VALENCIA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S-08-00383 MCE |
|---|---|
| Plaintiff, | ) |
|  | ) STIPULATION AND ORDER |
| v. | ) CONTINUING STATUS CONFERENCE |
|  | ) |
| JOSE MANUEL PULIDO-VALENCIA, | ) Date: December 11, 2008 |
|  | ) Time: 9:00 a.m. |
| Defendant. | ) Judge: Morrison C. England, Jr. |

It is hereby stipulated between the parties, Daniel McConkie, Assistant United States Attorney, attorney for Plaintiff, and Mary M. French, Supervising Assistant Federal Defender, attorney for defendant, that the Status Conference hearing date of November 13, 2008, be vacated and a new Status Conference hearing date of December 11, 2008, at 9:00 a.m. be set.

This continuance is requested because the defense has received a plea offer, but the defense has ordered records of defendant's prior convictions and is awaiting receipt of those records.

It is further stipulated between the parties that the period from November 13, 2008, through and including December 11, 2008, should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

Dated: November 12, 2008

                                                   Respectfully submitted,

                                                 DANIEL J. BRODERICK
Federal Defender

*/s/ Mary M. French*
_____
MARY M. FRENCH
Supervising Assistant
Federal Defender
Attorney for Defendant
JOSE MANUEL PULIDO-VALENCIA

Dated: November 12, 2008                MCGREGOR W. SCOTT
United States Attorney

*/s/ Mary M. French for*
      *Daniel McConkie*
_____
DANIEL MCCONKIE
Assistant U.S. Attorney
per telephonic authorization

## ORDER

**IT IS SO ORDERED.**

Dated:  November 14, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE