LORIE J. TEICHERT
Attorney at Law
California State Bar No. 142271
1322 F Street
Sacramento, CA  95814
Telephone:  (916) 441-4410
Facsimile:  (916) 441-4202

Attorney for Defendant
JOSE MANUEL PULIDO-VALENCIA


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:08-cr-00383-MCE |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND |
| | ) | ORDER CONTINUING STATUS |
| JOSE MANUEL PULIDO-VALENCIA, | ) | CONFERENCE |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

    IT IS HEREBY stipulated between the parties, Plaintiff

United States of America, by and through Assistant United States

Attorney Daniel McConkie, and Defendant,Jose Manuel Pulido-

Valencia, by and through his attorney, Lorie J. Teichert, that

the previously set Status Conference of January 15, 2009 be

continued to February 19, 2009 at 9:00 a.m.

    The continuance is requested because attorney Lorie J.

Teichert has been newly appointed to represent the Defendant and

needs time to conduct defense investigation relating to the

charges and the Defendant's criminal history.

///

///

1

1    It is further stipulated and agreed between the parties that

2  the period from January 15, 2009 through and including February

3  19, 2009, should be excluded in computing the time within which

4  the trial of the above criminal prosecution must commence for

5  purposes of the Speedy Trial Act for the purpose of defense

6  preparation and investigation.  The parties stipulate and agree

7  that the interests of justice served by granting this continuance

8  outweigh the best interests of the public and the Defendant in a

9  speedy trial.  As such, this is an appropriate exclusion of time

10 under the Speedy Trial Act within the meaning of Title 18, United

11 States Code, section 3161(h)(7)(A) and (B)(iv), and Local Code

12 T4.

13 Dated: January 14, 2009          Respectfully submitted,

14                                    /s/ Lorie J. Teichert
                                    LORIE J. TEICHERT
15                                  Attorney for Defendant
                                    JOSE MANUEL PULIDO-VALENCIA
16

17 Dated: January 14, 2009          LAWRENCE BROWN
                                    Acting United States Attorney
18

19                                  By: /s/Lorie J. Teichert for
                                        Daniel McConkie per
20                                      telephonic authorization

21                                  _____
                                    DANIEL MCCONKIE
22                                  Assistant U.S. Attorney

23                                  ORDER

**IT IS SO ORDERED.**
24

25 Dated: January 20, 2009

26

27                                  _____
                                    MORRISON C. ENGLAND, JR.
28                                  UNITED STATES DISTRICT JUDGE