1  LORIE J. TEICHERT
   Attorney at Law
2  California State Bar No. 142271
   1322 F Street
3  Sacramento, CA  95814
   Telephone:  (916) 441-4410
4  Facsimile:  (916) 441-4202

5  Attorney for Defendant
   JOSE MANUEL PULIDO-VALENCIA

6

7              IN THE UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,     )   No. CR. S-08-00383-MCE
                                 )
11           Plaintiff,          )
                                 )
12      v.                       )   STIPULATION AND
                                 )   ORDER CONTINUING STATUS
13 JOSE MANUEL PULIDO-VALENCIA,  )   CONFERENCE
                                 )
14           Defendants.         )
   _____)

15

16      IT IS HEREBY stipulated between the parties, Plaintiff

17 United States of America, by and through Assistant United States

18 Attorney Daniel McConkie, and Defendant, Jose Manuel Pulido-

19 Valencia, by and through his attorney, Lorie J. Teichert, that

20 the previously set Status Conference of February 19, 2009 at 2:00

21 p.m. be continued to April 2, 2009 at 9:00 a.m.

22      The continuance is requested because Defendant's attorney is

23 conducting defense investigation relating to the Defendant's

24 criminal history and is awaiting the production of copies of

25 multiple state court files from two jurisdictions so that she may

26 conduct further research and investigation into the veracity of

27 the Defendant's prior convictions and the criminal history points

28 ascribed to these priors.

                              1

1      It is further stipulated and agreed between the parties that

2   the period from February 19, 2009 through and including April 2,

3   2009, should be excluded in computing the time within which the

4   trial of the above criminal prosecution must commence for

5   purposes of the Speedy Trial Act for the purpose of defense

6   preparation and investigation.   The parties stipulate and agree

7   that the interests of justice served by granting this continuance

8   outweigh the best interests of the public and the Defendant in a

9   speedy trial.   As such, this is an appropriate exclusion of time

10  under the Speedy Trial Act within the meaning of Title 18, United

11  States Code, section 3161(h)(7)(A) and (B)(iv), and Local Code

12  T4.

13  Dated: February 17, 2009          Respectfully submitted,

14                                      /s/ Lorie J. Teichert
                                      LORIE J. TEICHERT
15                                    Attorney for Defendant
                                      JOSE MANUEL PULIDO-VALENCIA
16

17  Dated: February 17, 2009          LAWRENCE BROWN
                                      Acting United States Attorney
18

19                                    By: /s/Lorie J. Teichert for
                                          Daniel McConkie per
20                                        telephonic authorization
                                      _____
21                                    DANIEL MCCONKIE
                                      Assistant U.S. Attorney
22

23                                    ORDER

24  Dated: February 19, 2009

25

26                                    _____
                                      MORRISON C. ENGLAND, JR.
27                                    UNITED STATES DISTRICT JUDGE

28